UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GLEN AKINS** | **CASE NO. 3:22-CV-00468 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **4TH DISTRICT LAW ENFORCEMENT MOREHOUSE PARISH ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the written objections [Doc. No. 9] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims filed by Plaintiff Glen Akins:

> (1) that his home was searched illegally; (2) that he was dropped three times; (3) that defendants failed to call paramedics; (4) that he was placed in a truck which was not handicap-accessible; (5) that he was transported to jail instead of to a hospital; (6) that he was not placed back in his wheelchair correctly; (7) that defendants refused to help him "get back in" his wheelchair; and (8) that he had to beg for hospital care,

are **DISMISSED** as untimely, frivolous, and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 3rd day of June 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE